# BAKER DONELSON
## BEARMAN, CALDWELL & BERKOWITZ, PC

CHASE NORTH TOWER
450 LAUREL STREET
20TH FLOOR
BATON ROUGE, LOUISIANA 70801

PHONE: 225.381.7000
FAX: 225.343.3612

www.bakerdonelson.com

ERROL J. KING, JR., SHAREHOLDER
Direct Dial: 225.381.7041
Direct Fax: 225.382.0241
E-Mail Address: eking@bakerdonelson.com

April 16, 2018

Magistrate Judge A. Kathleen Tomlinson
**UNITED STATES MAGISTRATE JUDGE**
**EASTERN DISTRICT OF NEW YORK**
100 Federal Plaza
Central Islip, NY 11722

RE: *North Shore–Long Island Jewish Health System, Inc. vs. MultiPlan, Inc., Et Al*
Docket No. 12-cv-01633 (JMA)(AKT)

Dear Judge Tomlinson:

As directed by the Memorandum and Order issued by you as Document No. 173, Page 31, this is to respond to the Court and opposing counsel regarding the cost to produce the ESI that the Court authorized in the Memorandum and Order. After further review, MultiPlan has determined that the services of an outside vendor are not needed to provide the information and therefore, MultiPlan drops any request it made that costs be shifted to plaintiff. Given that MultiPlan is not seeking to cost shift in this instance, MultiPlan has not undertaken the expense of doing a cost estimate. Accordingly, there is no need for the Court to make a determination as to whether cost shifting is appropriate.

Please let us know if this response is sufficient.

Respectfully Submitted,

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC

By: _____
Errol J. King

Copy To All Other Counsel Via Electronic Mail

ALABAMA • FLORIDA • GEORGIA • LOUISIANA • MISSISSIPPI • TENNESSEE • TEXAS • WASHINGTON, D.C.